UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. SNELLING, et al.,<br><br>    Defendants. | No.  2:21-cv-2181 JAM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

By order issued February 17, 2022, plaintiff's complaint was screened, and he was given thirty days within which to file an amended complaint. ECF No. 11. At that time, plaintiff was warned that failure to timely file an amended complaint would result in the dismissal of this action. Id. at 10. More than thirty days have passed, and plaintiff has neither filed an amended complaint, nor has he responded to the court's order in any way.

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice for failure to prosecute. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 28, 2022

　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE