UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>Plaintiff,<br><br>v.<br><br>C. SNELLING, et al.,<br><br>Defendants. | No. 2:21-cv-2181 JAM AC P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a first amended complaint. ECF No. 16. Findings and recommendations to dismiss this matter for failure to prosecute are pending. ECF No. 15.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued March 28, 2022 (ECF No. 15), are hereby VACATED;

2. Plaintiff's motion for an extension of time (ECF No. 16) is GRANTED; and

////

////

////

3. Plaintiff shall file a first amended complaint on or before May 2, 2022.[1]

DATED: April 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has asked to file the first amended complaint by May 1, 2022. ECF No. 16 at 1. Because that day is a Sunday, plaintiff will be given until Monday, May 2, 2022, to file the amended complaint. See Fed. R. Civ. P. 6(a)(1)(C).