UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN, | No. 2:21-cv-02181 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| C. SNELLING, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 13, 2024, the court screened the first amended complaint and gave plaintiff the option of proceeding on his claims against defendants Arrezola, Damacion, Sawyer, Bennamon, Wheeler, Gonzalez, Kahie, Brodie, Martinez, and Pittsley; or, amending his complaint. ECF No. 23. Plaintiff was ordered to complete and return an attached Notice of Election form indicating his choice. ECF No. 23 at 7. In the same order, plaintiff was advised that if he did not return the form within the time provided, the case would proceed only on the claims found cognizable and the undersigned would recommend dismissing the remaining claims and defendants without prejudice. Id. Plaintiff did not return the Notice of Election form or otherwise respond to the court's order.

On April 18, 2024, the court issued Findings and Recommendations to dismiss defendants Snelling, Lacompte, Conner, Benavidez, Does 1-50; Claim Two against defendants Bennamon

1

and Wheeler; Claim Four in its entirety; and Claim Six against defendants Brodie and Martinez. ECF No. 24. The court also issued a separate order directing electronic service of the first amended complaint on defendants Arrezola, Damacion, Sawyer, Bennamon, Wheeler, Gonzalez, Kahie, Brodie, Martinez and Pittsley. ECF No. 25.

Plaintiff then filed Objections to the Findings and Recommendations on May 1, 2024 indicating that he completed the Notice of Election form. ECF No. 28. Plaintiff further states that he returned the form to the court although he does not indicate the date he did so.[1] Nor does he attach a copy of the completed form or provide any proof of mailing. In his objections, plaintiff requests the opportunity to amend his complaint at this juncture.

In light of plaintiff's objections, the court will vacate its Findings and Recommendations to dismiss defendants Snelling, Lacompte, Conner, Benavidez, Does 1-50; Claim Two against defendants Bennamon and Wheeler; Claim Four in its entirety; and Claim Six against defendants Brodie and Martinez. The court will also vacate its order directing service of the first amended complaint on defendants Arrezola, Damacion, Sawyer, Bennamon, Wheeler, Gonzalez, Kahie, Brodie, Martinez and Pittsley. Plaintiff may file a second amended complaint within 30 days from the date of this order. The failure to file an amended complaint within the time provided will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations as well as the Order Finding Service of the Complaint Appropriate issued on April 18, 2024 (ECF Nos. 24, 25) are hereby vacated.

2. Plaintiff may file a second amended complaint within 30 days from the date of this order.

////
////
////

---

[1] The objections merely indicate that the Notice of Election form was completed "in the time prescribed." ECF No. 28.

3. The failure to file an amended complaint within the time provided will result in a recommendation that this action be dismissed without prejudice.

DATED: May 20, 2024

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE